UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62176-Civ-SCOLA

CHANDRA LEWIS,

    Plaintiff,

vs.

THE KEISER SCHOOL, INC.,

    Defendant.

_____/

### ORDER GRANTING MOTION TO APPROVE FLSA SETTLEMENT

THIS MATTER is before the Court on the Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice [ECF No. 139]. The Court has carefully considered the Motion and the Settlement Agreement pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982), and finds it to be fair and reasonable. Accordingly, it is hereby **ORDERED and ADJUDGED** that the Settlement is **APPROVED**. This case is **DISMISSED** with prejudice.

**DONE and ORDERED** in chambers, at Miami, Florida on July 9, 2013.

                                            **ROBERT N. SCOLA, JR.**
                                            **UNITED STATES DISTRICT JUDGE**